IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GALINDO ALVARADO GONZALEZ,<br>  a.k.a. GALINDO ALVARADO,<br>  a.k.a. JOSUE ALVARADO GONZALEZ,<br><br>Defendant. | Case No. 1:25-MJ-323 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Eric Gibbs, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) in Fairfax County, Virginia. I have been employed with ICE in my current position for more than nineteen years. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have received training in general law enforcement, including training in Title 8 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for GALINDO ALVARADO GONZALEZ, a.k.a. GALINDO ALVARADO, a.k.a. JOSUE ALVARADO GONZALEZ (hereafter referred to as ALVARADO GONZALEZ), an alien who unlawfully reentered the United States after being denied admission, excluded, deported, or

1

removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about June 13, 2023, ICE learned that an individual going by the name of JOSUE ALVARADO GONZALEZ had been detained by local authorities at the Fairfax County Adult Detention Center in Fairfax, Virginia, within the Eastern District of Virginia, on charges of making a false report to a police officer and being drunk in public. ICE again learned that on March 3, 2025, an individual going by the name of GALINDO ALVARADO GONZALEZ had been detained by local authorities at the Fairfax County Adult Detention Center in Fairfax, Virginia, on a charge of drug possession. For both of these arrests, the fingerprints of the arrested individual were taken and both times the fingerprints came back to the unique FBI and Fingerprint Identification System (FINS) numbers previously assigned to GALINDO ALVARADO GONZALEZ a.k.a. GALINDO ALVARADO, a native and citizen of Guatemala. Those fingerprints were processed through ICE indices containing fingerprint records of known and previously deported aliens. This system is integrated with the criminal records maintained by the Federal Bureau of Investigation (FBI) and it is commonly referred to Next Generation Identification. Results of those queries showed positive matches to ALVARADO GONZALEZ and his unique FBI number. Specifically, I performed immigration records checks through

2

immigration databases, which confirmed that ALVARADO GONZALEZ is a native and citizen of Guatemala who was removed from the United States on April 18, 2018, at or near Miami, Florida. ALVARADO GONZALEZ did not have legal authorization to reenter or remain in the United States.

6. I also reviewed ALVARADO GONZALEZ's alien file (A File), which is maintained by U.S. Citizenship and Immigration Services. The A File confirmed that ALVARADO GONZALEZ is a citizen and national of Guatemala. As discussed above, the A File contained the same unique FBI number and FINS Number associated with the fingerprints from his arrests in Arlington, Virginia on or about June 13, 2023, and March 3, 2025. The documents I reviewed contained an executed Form I-205 "Warrant of Removal/Deportation" bearing ALVARADO GONZALEZ's photograph, fingerprint, and signature. The form showed that ALVARADO GONZALEZ was last removed from the United States on April 18, 2018, at or near Miami, Florida.

7. I conducted a records check through immigration databases for ALVARADO GONZALEZ. The record checks confirmed that ALVARADO GONZALEZ has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his removal. The records check revealed no evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. ALVARADO GONZALEZ's A file similarly lacks evidence of any immigration application, benefit, document, or status that would allow him to legally re-enter, be admitted, pass through, or reside in the United States. Further, ALVARADO GONZALEZ has not filed or submitted an application or petition, or obtained permission from

the Attorney General or the Secretary of the Department of Homeland Security, to re-enter the United States following his removal.

## CONCLUSION

8.      Based on the foregoing, I submit that there is probable cause to believe that ALVARADO GONZALEZ, an alien who was removed from the United States on or about April 18, 2018, at or near Miami, Florida, has reentered the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, and is present within the Eastern District of Virginia, in violation of Title 8, United States Code, § 1326(a).

Respectfully submitted,

_____
Eric Gibbs
Deportation Officer
U.S. Immigration and Customs Enforcement

*Digitally signed by ERIC E GIBBS*
*Date: 2025.05.23 13:24:40 -04'00'*

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on May 27, 2025.

_____William E. Fitzpatrick_____
The Honorable Judge William E. Fitzpatrick
United States Magistrate Judge

Alexandria, Virginia

4